# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, for the use and**<br>**benefit of WILL AND LORNA CHANDLER, d/b/a**<br>**CHANDLER CONSTRUCTION,** | ) <br> ) <br> ) <br> ) | |
| **Plaintiff,** | ) <br> ) | |
| **vs.** | ) <br> ) | **CASE NUMBER 04-4146** |
| **AFFOLTER CONTRACTING, LTD. and**<br>**UNITED STATES FIDELITY & GUARANTY**<br>**COMPANY,** | ) <br> ) <br> ) <br> ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**NOW ON THIS 5th DAY OF APRIL, 2006,** came on for consideration the Joint

Motion for an ORDER OF DISMISSAL WITH PREJUDICE of Plaintiff, United States of

America, for the use and benefit of Will and Lorna Chandler, d/b/a Chandler Construction

("Chandler Construction") and Defendants, Affolter Contracting, LTD. and United States

Fidelity & Guaranty Company.  Upon statements of counsel for the parties, the **COURT**

**FINDS** that the parties have compromised and settled of all issues arising in this case.  For

good cause shown, **IT IS HEREBY ORDERED that this case should be, and is hereby,**

**DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that the costs of these**

**proceeding should be paid by the party incurring said costs.**

> **/s/ Harry F. Barnes**
> **Harry F. Barnes,**
> **United States District Judge**